**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000027
13-JUN-2023
07:59 AM
Dkt. 12 ODSD**

NO. CAAP-23-0000027

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ME, Petitioner-Appellee, v.
SL, Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3FDA-22-0000840)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The opening brief was due on or before May 1, 2023;

(2) Respondent-Appellant SL failed to file the opening brief, or request an extension of time;

(3) On May 3, 2023, the appellate clerk notified SL that the time for filing the opening brief had expired, the matter would be called to the court's attention on May 15, 2023, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and SL could request relief from default by motion; and

(4) Since the default notice, SL has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 13, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge